Chester Ray Wiseman (Pine)
PLAINTIFF/PETITIONER/MOVANT'S NAME

K-65722
PRISON NUMBER

R.J. Donovan Correctional Facility
PLACE OF CONFINEMENT

480 Alta Road
San Diego, Ca. 92179
ADDRESS

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
## Southern District Of California

Chester Ray Wiseman (Pine),
Plaintiff/Petitioner/Movant

v.

Robert J. Hernandez. et. al.
Defendant/Respondent

Civil No. '08 CV 1272 LAB NLS
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]



CR

2. Are you currently employed? [ ] Yes [x] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?:

   a. Business, profession or other self-employment [ ] Yes [x] No
   b. Rent payments, royalties interest or dividends [ ] Yes [x] No
   c. Pensions, annuities or life insurance [ ] Yes [x] No
   d. Disability or workers compensation [ ] Yes [x] No
   e. Social Security, disability or other welfare [ ] Yes [x] No
   e. Gifts or inheritances [ ] Yes [x] No
   f. Spousal or child support [ ] Yes [x] No
   g. Any other sources [ ] Yes [x] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)? [ ] Yes [x] No

   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [x] No

   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? [ ] Yes [x] No

   a. Make: Year: Model:
   b. Is it financed? [ ] Yes [ ] No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.____________________________________________

_____________________________________________________________________________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

5-20-2008
DATE

SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

**PRISON CERTIFICATE**
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant Chester Ray Wiseman (Pine),
(NAME OF INMATE)

K-65722,
(INMATE'S CDC NUMBER)

has the sum of $________ on account to his/her credit at ________

R. J. Donovan Correctional Facility.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ________ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $________, and the ***average monthly deposits*** to the applicant's account was $________.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

________
DATE

________
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

________
OFFICER'S FULL NAME (PRINTED)

________
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Chester Ray Wiseman (Pine), request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

5-20-2008
DATE

Chester Ray Wiseman Pine
SIGNATURE OF PRISONER

3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chester Ray Wiseman (Pine)<br>PRISONER/PLAINTIFF,<br>v.<br>Calif. Dept. of Correc. et. al.<br>DEFENDANT(S). | CASE NUMBER<br><br>**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT** |

I, Chester Ray Wiseman (Pine), declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No
   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   ______________________________

   ______________________________

   b. State the place of your incarceration ______________________________.
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment? ☐Yes ☒No
   b. Rent payments, interest or dividends? ☐Yes ☒No
   c. Pensions, annuities or life insurance payments? ☐Yes ☒No
   d. Gifts or inheritances? ☐Yes ☒No
   e. Any other income (other than listed above)? ☐Yes ☒No
   f. Loans? ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: ______________________________

   ______________________________

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

_______________________________________________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

If the answer is yes, describe the property and state it approximate value: ______________________

_______________________________________________

5. In what year did you last file an Income Tax Return? N/A
Approximately how much income did your last tax return reflect? N/A

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

N/A

_______________________________________________

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

California
State

San Diego
County (or City)

I, Chester Ray Wiseman Pine, declare under penalty of perjury that the foregoing is true and correct.

5-16-08
Date

Chester Ray Wiseman Pine
Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

Christ Ray Wiseman Pine
Prisoner-Plaintiff (Signature)
K-65722

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $____________________ on account at the ______________________________________ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $__________. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_______________.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

____________________ ________________________________________
Date Authorized Officer of Institution (Signature)

# CERTIFED STATEMENT OF TRUST ACCOUNT

I, Wiseman, Chester , K-65722 , F2-8-102
Name: CDC # : Housing Unit:
am seeking to bring a civil action or appeal a judgment in the
U.S. District Court Central District without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
(In Forma Pauperis) pursuant to 28 U. S. C. 1915 (a) (2).

Enter the caption for the legal action:
Chester Ray Wiseman (Pine) v. Calif. Dept. of Corrections et. al.
Plaintiff: Defendant:

Address of the Court:
U.S. District Court
312 N. Spring St.
Los Angeles, Calif. 90012

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution.

[signature]
Inmate Signature:

**Library Section**

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting Office at the Institution for processing.

The Inmate request for Certified Statement of Trust Account was received in the Central Library on, 5-23-08, by [signature].
Date: Name of Librarian who logged request:

**Accounting Section**

A Certified Statement of the inmates Trust Account for a six month period from 11-01-2007 through 5-29-2008, for the above identified inmate was processed through the R. J. Donovan Accounting Office on, 5-29-2008, by C Rodriguez, and forwarded to the
Date: Name of Accounting Staff processing statement:
Litigation Coordinators Office.

**Counselor Section**

I, A Duarte, CCI declare that on, ~~6-18-08~~ not ready, I
Name of Counselor processing: Date:
forwarded the Certified Statement of the Trust Account to the mailroom for processing through the United States Postal Service addressed as indicated on the envelope filled out by the above inmate.

REPORT ID: TS3030 .701 REPORT DATE: 05/29/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
R.J.DONOVAN CORR. FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 29, 2008

ACCOUNT NUMBER : K65722 BED/CELL NUMBER: F20800000000102L
ACCOUNT NAME : WISEMAN, CHESTER RAY ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 0.38 |
| ACTIVITY FOR 2008 | | | | | | | |
| 03/04 | W515 | COPY CHARGE | 4569/JAN08 | | | 0.30 | 0.08 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/21/2007 | H106 | UNITED PARCEL SERVICE HOLD | 1543/UPS | 4.50 |
| 01/17/2008 | H110 | COPIES HOLD | 3598/JAN08 | 4.50 |
| 03/03/2008 | H110 | COPIES HOLD | 4547/FEB08 | 0.50 |
| 03/07/2008 | H110 | COPIES HOLD | 4678/MAR08 | 0.40 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.38 | 0.00 | 0.30 | 0.08 | 9.90 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5-29-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CURRENT AVAILABLE BALANCE

9.82-